# **EXHIBIT B**

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Mar 27 04:51:07 EDT 2018*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]
[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [    ] OR [Jump] to record: [    ]   **Record 5 out of 5**

[TSDR] [ASSIGN Status] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | GEESE POLICE |
| **Goods and Services** | IC 042. US 100 101. G & S: PEST CONTROL SERVICES, NAMELY, ENVIRONMENTAL CONTROL OF GEESE USING WORKING BORDER COLLIES. FIRST USE: 19900315. FIRST USE IN COMMERCE: 19900315 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.01.03 - Star - a single star with five points<br>03.07.03 - Heads of oxen, cows, calves, bulls<br>03.07.24 - Stylized bovines, deer, antelopes, goats, sheep, pigs, cows, bulls, buffalo, moose<br>03.15.19 - Birds or bats in flight or with outspread wings<br>03.15.24 - Stylized birds and bats<br>03.15.25 - Cardinals; Crows; Doves; Other birds; Pigeons; Ravens; Robins; Woodpeckers |
| **Serial Number** | 75613241 |
| **Filing Date** | December 29, 1998 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 30, 2000 |
| **Registration Number** | 2378757 |
| **Registration Date** | August 22, 2000 |
| **Owner** | |

Trademark Electronic Search System (TESS)            Page 2 of 2

|  |  |
|---|---|
|  | (REGISTRANT) **GEESE POLICE**, INC. CORPORATION NEW JERSEY P.O. Box 656 Howell NEW JERSEY 07731 |
| **Attorney of Record** | BRYAN H. OPALKO |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20100811. |
| **Renewal** | 1ST RENEWAL 20100811 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY