# **EXHIBIT C**

Trademark Electronic Search System (TESS)                                    Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Mar 27 04:51:07 EDT 2018*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [  ] OR [Jump] to record: [  ]   **Record 4 out of 5**

[TSDR] [ASSIGN Status] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

# CALL US TO...GET THE FLOCK OUT!

| | |
|---|---|
| Word Mark | CALL US TO...GET THE FLOCK OUT! |
| Goods and Services | IC 037. US 100 103 106. G & S: PEST CONTROL SERVICES, NAMELY, ENVIRONMENTAL CONTROL OF GEESE USING WORKING BORDER COLLIES. FIRST USE: 19970000. FIRST USE IN COMMERCE: 19970000 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 76400387 |
| Filing Date | April 25, 2002 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | November 5, 2002 |
| Registration Number | 2680858 |
| Registration Date | January 28, 2003 |
| Owner | (REGISTRANT) Geese Police, Inc. CORPORATION NEW JERSEY P. O. Box 656 Howell NEW JERSEY 07731 |
| Attorney of Record | Bryan H. Opalko |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20130212. |
| Renewal | 1ST RENEWAL 20130212 |
| Live/Dead Indicator | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY