# EXHIBIT D



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Mar 27 04:51:07 EDT 2018

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: ____   OR   Jump   to record: ____   **Record 3 out of 5**

TSDR   ASSIGN Status   TTAB Status   ( Use the "Back" button of the Internet Browser to return to TESS)

# GEESE POLICE

| | |
|---|---|
| **Word Mark** | GEESE POLICE |
| **Goods and Services** | IC 037. US 100 103 106. G & S: PEST CONTROL SERVICES, NAMELY, ENVIRONMENTAL CONTROL OF GEESE USING WORKING BORDER COLLIES. FIRST USE: 19900315. FIRST USE IN COMMERCE: 19900315 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78651928 |
| **Filing Date** | June 16, 2005 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 17, 2007 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 3257763 |
| **Registration Date** | July 3, 2007 |
| **Owner** | (REGISTRANT) Geese Police, Inc. CORPORATION NEW JERSEY 5144 West Hurley's Pond Road Farmingdale NEW JERSEY 07727 |
| **Attorney of Record** | Bryan H. Opalko |

| | |
|---|---|
| **Prior Registrations** | 2378757 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20170805. |
| **Renewal** | 1ST RENEWAL 20170805 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | Top | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY