**EXHIBIT E**

Trademark Electronic Search System (TESS)          Page 1 of 2



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Mar 27 04:51:07 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [ ]   OR   Jump   to record: [ ]   **Record 1 out of 5**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

[Geese Police logo]

| | |
|---|---|
| **Word Mark** | GEESE POLICE |
| **Goods and Services** | IC 037. US 100 103 106. G & S: pest control services, namely, environmental control of geese using working border collies. FIRST USE: 20110700. FIRST USE IN COMMERCE: 20110700 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.01.04 - Star - a single star with six points<br>03.01.08 - Dogs; Puppies<br>03.15.06 - Ducks; Geese; Swans<br>03.15.19 - Birds or bats in flight or with outspread wings<br>24.03.25 - Badge, police; Badges; Police badge; Sheriff's badge; Ten Commandments<br>27.03.03 - Animals forming letters or numerals |
| **Serial Number** | 85497120 |
| **Filing Date** | December 16, 2011 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 11, 2012 |
| **Registration Number** | 4294452 |
| **Registration Date** | February 26, 2013 |
| **Owner** | (REGISTRANT) Geese Police, Inc. CORPORATION NEW JERSEY 126 South Main Street Farmingdale NEW JERSEY 07727 |
| **Attorney of Record** | Bryan H. Opalko |

Trademark Electronic Search System (TESS)                                    Page 2 of 2

| | |
|---|---|
| **Prior Registrations** | 2378757;3257763 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GEESE" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the words "GEESE POLICE" with a star shaped badge with a paw print centered in the middle of the badge between the words "GEESE" and "POLICE". The "L" in the word "POLICE" is represented by the shape of a floating goose. The figure of a dog appears above the word "GEESE". The figures of geese in flight appear above the word "POLICE". |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL-2(F)-IN PART |
| **Live/Dead Indicator** | LIVE |
| **Distinctiveness Limitation Statement** | AS TO "the design of geese and the design of a Border collie" |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY