# **EXHIBIT G**




**GPI, LLC**
*Franchise Administrator*

**GEESE POLICE®**

P.O. Box 656 • Howell, NJ 07731
866-NO GEESE (664-3373)
www.geesepolice.com
franchises@geesepolice.com

October 14, 2014

**VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED -#7012 2210 0000 7469 1121**

Doggone Geese, Inc.
d/b/a Geese Police of Virginia
P. O. Box 2608
Leesburg, VA 20177
Attn: Cathy P. Benedict (formerly Fiddler)

Re: Franchise Agreement between GPI, LLC ("GPI") and Doggone Geese, Inc. d/b/a Geese Police of Virginia ("DGI") dated August 31, 2009, as amended by an Amendment to The GPI, LLC Franchise Agreement For Renewal of Franchise Agreement, and Standard Addendum to the GPI, LLC Renewal Franchise Agreement (collectively, the "Franchise Agreement")

Dear Cathy,

The purpose of this letter is to confirm in writing the renewal of the term of the Franchise Agreement that you have requested by exercising your first renewal option as set forth in Section 2.2.4 of the Franchise Agreement.

Pursuant to Section 2.2 of the Franchise Agreement, the term of the Franchise Agreement is hereby extended from September 1, 2014 to August 31, 2019 under the same terms and conditions as now set forth in the Franchise Agreement.

Please acknowledge your agreement to the stated renewal by signing, dating and returning the enclosed copy of this letter.

Very truly yours,

*/s/ Dianne Neveras, VP*
Dianne Neveras, Member and
Vice President

Accepted and agreed
to this __22__ day of
October, 2014.

DOGGONE GEESE, INC.

By: __Cathy P. Benedict__
Cathy P. Benedict (formerly Fiddler), Owner and President

#10737169-v1;PGH1_GENERAL;GUZA1