Lauren Adornetto Woods
BUCHANAN INGERSOLL & ROONEY PC
Incorporated in Pennsylvania
700 Alexander Park, Suite 300
Princeton, New Jersey, 08540
609-987-6800
Attorneys for Plaintiff,
GPI, LLC

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GPI, LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>DOGGONE GEESE, INC. AND CATHY P. BENEDICT<br><br>       Defendant. | Civil Action No.<br><br><br>**ORDER TO SHOW CAUSE PURSUANT TO FED. R. CIV. P. 65** |

This matter having been opened to the Court on the Verified Complaint of Plaintiff Franchisor GPI, LLC ('Franchisor"), pursuant to Fed. R. Civ. P. 65, for an Order To Show Cause why this Court should not enter an Order directing Defendants, and their officers, owners, agents, servants, employees, attorneys, and all persons in active concert or participation with them, to immediately:

  (a)  cease using the Geese Police Marks,[1] Geese Police Trade Secrets and the Geese Police System, or any elements thereof, in connection with the operation of any business that offers products or services which involve the inhabitation of property by, or control of, birds and waterfowl, including but not limited to the business currently being operated

---

[1] Capitalized terms used in this Motion without definition have the meanings given them in the Verified Complaint.

in Leesburg Virginia and in the counties of Counties of Loudoun and Clark, Virginia and the Towns of Reston and Herndon, Virginia;

(b) undertake to disassociate from Franchisor by removing all signage from vehicles that use the Geese Police Marks, take down the website http://www,geesepoliceloudoun.com,, cease using any articles or other instrumentalities that contain the Geese Police Marks, and cease any communications that would identify Defendants are being associated with the Franchisor;

(c) notify all of Defendants' former customers in a written communication approved by Franchisor that they are no longer conducting a geese control business using trained Border Collies and request each such customer to contact the Franchisor if they are interested in continuing such service;

(d) cease operation of the former Franchised Business so as to comply with the post-termination covenant not to compete in the Franchise Agreement;

(e) cease advertising, offering for sale and selling trained Border Collies for geese control so as to comply with the post-termination covenant not to compete in the Franchise Agreement;

(f) return to Franchisor the Customer List and Manual (as defined in the Franchise Agreement) and all other records, correspondence and instructions containing confidential information relating to the operation of the former Franchised Business (and any copies thereof) to the Franchisor;

(g) assign all of Franchisee's contracts with its customers to Franchisor;

(h) cancel any assumed name registration or equivalent registration obtained by Franchisee which contains the Geese Police Marks and

(i) awarding to Franchisor its reasonable costs and expenses, including reasonable attorneys fees as authorized by Section 25.2 of the Franchise Agreement.

The Court having reviewed the Verified Complaint and other papers submitted in support of the action, having determined that notice has been given to Defendants, and having heard the argument of counsel in support of the application and the opposition thereto; and for good cause shown;

**IT IS**, this _____ day of _____, 2018,

**ORDERED**, that Franchisor's application for an Order to Show Cause is **GRANTED**; and

**IT IS FURTHER ORDERED THAT** Defendants shall show cause before the Honorable _____, U.S.D.J., United States District Court for the District of New Jersey, United States Courthouse, Trenton, New Jersey, on the ____ day of _____, 2018, at ___ a.m./p.m. why this Court should not enter an Order in the form set forth above in paragraph 1 and subparts (a)-(i); and

**IT IS FURTHER ORDERED THAT** Defendants shall file any opposition to the within Order to Show Cause on or before _____, 2018, with ___ copies to chambers of the Hon. _____, U.S.D.J., and to the attorneys presenting this application.  Any reply in further support shall be filed in the same fashion on or before _____, 2018; and

**IT IS FURTHER ORDERED THAT** a true and correct copy of the Verified Complaint and this Order shall be served on all parties or their counsel within __ days.

_____

Hon._____, USDJ
