## VERIFICATION

DAVID C. MARCKS, of full age, declare as follows:

1. I am the President, a Member of and the Founder of Franchisor GPI, LLC, the Plaintif in this action. I am the person most familiar with the facts underlying this action, and am authorized to make this Verification on behalf of GPI, LLC.

2. I have reviewed the foregoing Verified Complaint and the factual allegations set forth therein are true and correct to the best of my knowledge, information and belief.

I declare under penalty of perjury of the laws of the United States of America that the foregoing statements are true and correct.

Dated: 3/30/18

_David C. Marcks_ pres.