# DECLARATION EXHIBIT 1





