# DECLARATION EXHIBIT 2





Case 3:18-cv-05122-FLW-TJB Document 18-5 Filed 05/08/18 Page 4 of 20 PageID: 443
Goosedogs For Sale - we can fly or personally deliver your dog to you - Home
Page 2 of 4



See All

Photos

See All

Posts

**Goosedogs For Sale - we can fly or personally deliver your dog to you**
April 25 at 9:46am · Instagram ·

And just like that, Ian went to his new working dog home without a backwards glance #sold #golfcoursesuperintendent #workingdog

5

Write a comment...

**Goosedogs For Sale - we can fly or personally deliver your dog to you**
April 19 at 6:48am · Instagram ·

Chat (Off)

This is the REAL Ian. He's got game!!! #forsale #golfcoursesuperintendent #Can'tHelpHowHeLooks



Send Message

150 Views

12    Oldest

2 Shares

Joann Wease Love this cute video
Like · Reply · 2w
1 Reply

Write a comment...

See More

Chat (Off)

Home   Moments   Notifications   Messages   Search Twitter   Tweet



| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 316 | 964 | 121 | 738 |

Follow

# Goosedogs4Sale
@Goosedogs4Sale

Our methods are endorsed by the Humane Society of the U.S. Over two decades of experience. We can deliver, fly, or have you come to us to purchase a goosedog.

◎ Leesburg, VA

⊘ GoosedogsForSale.com

▦ Joined January 2018

Tweet to     Message

 
  







Home   Moments   Notifications   Messages      Search Twitter      Tweet



**Goosedogs4Sale** · Apr 17
Creepy Ian living up to his name.#notsold #golfcoursesuperintendent #workingdog???

**Goosedogs4Sale** · Apr 16
Lane in his new forever working home with a new toy.
#golfcoursesuperintendent  #sold #workingdog



**Goosedogs4Sale** · Apr 14
Britt at the training farm #forsale #bordercollie #golfcoursesuperintendent

**Goosedogs4Sale** · Apr 12
Mosey loves springtime!! #workingdog #golfcoursesuperintendent #bordercollie







Goosedogs4Sale (@Goosedogs4Sale) | Twitter

Home   Moments   Notifications   Messages   Search Twitter   Tweet

We will be at the Loudoun Hunt Point-to-Point races at Oatlands Plantation this Sunday. Stop in and say hi to us at Rail Spot 90. Side saddle race starts at 12 noon!

Ian will be making a cameo appearance in his bow tie and bowler hat!!!

loudounhunt.com/point-to-point... #oatlandsraces



♡   ⟲   2   ✉

⟲ Goosedogs4Sale Retweeted

**RM Goose Chasing**  · Apr 10
My guys after a good day herding geese off properties! #workingdog #dinnertime







Home Moments Notifications Messages Search Twitter Tweet

**Who to follow** ·
Refresh · View all

**Flyaway G...** ×
Follow

**Johnny G...** ×
Follow

**Paul Van...** ×
Follow

Find people you know

**Trends for you** ·
Change

**Matt Harvey**
Matt Harvey's career with the Mets is over

**DJ Khaled**
89.7K Tweets

**#NRAConvention**
22.9K Tweets

**#FlashbackFriday**
@JimmyKimmelLive is Tweeting about this

**#MillennialBedtimeStories**
1,667 Tweets

**#WhatStarWarsTaughtMe**
4,193 Tweets

**#NRAAM2018**
@DLoesch is Tweeting about this

**#BadReasonsToGetACat**
4,269 Tweets

**Mitt Romney**
6,155 Tweets

**Manafort**
136K Tweets

© 2018 Twitter About
Help Center Terms
Privacy policy Cookies
Ads info

