# DECLARATION EXHIBIT 3

Cathy Benedict
Cindy
Home
Cathy Benedict
Timeline
About
Friends
Photos
More
DO YOU KNOW CATHY?
To see what she shares with friends, send her a friend request.
Add Friend
Intro
Lover of animals. Champion of the underdog.
Goose Rangers LLC
Self-Employed at Goosedogs For Sale - we can fly or personally deliver your dog to you
Went to Fort Hunt High School
Lives in Leesburg, Virginia
From Alexandria, Virginia
Joined September 2008
Manages Goosedogs For Sale - we can fly or personally deliver your dog to you
geesepoliceloudoun.com
Photos
Cathy Benedict
April 1
Started New Job at Goose Rangers LLC
April 1 — Owner
Like
Share
Cathy Benedict shared a video.
February 3
attn:
62,837,876 Views
FOX8
September 13, 2017
Like Page
Norway has a brilliant way to get people to recycle more
From ATTN:
Like
Share
4
Chat (Off)

Cathy Benedict
Cindy
Home
Cathy Benedict
Timeline
About
Friends
Photos
More
DO YOU KNOW CATHY?
To see what she shares with friends, send her a friend request.
Add Friend
About
To see what she shares with friends, send her a friend request.
Add Friend
Overview
Work and Education
Places She's Lived
Contact and Basic Info
Family and Relationships
Details About Cathy
Life Events
Owner at Goose Rangers LLC and works at Self-Employed at Goosedogs For Sale - we can fly or personally deliver your dog to you
http://www.geesepoliceloudoun.com
Went to Fort Hunt High School
Class of 1983
Lives in Leesburg, Virginia
From Alexandria, Virginia
No relationship info to show
Friends
Add Friend
All Friends
Recently Added
High School
Current City
Hometown
Search Friends
Heather Fryer
Dog Walker Extraordinaire at The Loudoun Pet Sitting Company
Angie Greenway
Works at Excel Business Systems
Add Friend
Julie Poudrier
Freelancer at Freelance writer and copy editor
Add Friend
Karen Simpson
Professional Wrestler at Professional Wrestler
Chat (Off)

Cathy Benedict
Cindy
Home
Cathy Benedict
Timeline
About
Friends
Photos
More
DO YOU KNOW CATHY?
To see what she shares with friends, send her a friend request.
Add Friend
About
To see what she shares with friends, send her a friend request.
Add Friend
Overview
Work and Education
Places She's Lived
Contact and Basic Info
Family and Relationships
Details About Cathy
Life Events
WORK
Goose Rangers LLC
Owner · April 1, 2018 to present
Goosedogs For Sale - we can fly or personally deliver your dog to you
Self-Employed · February 5, 2015 to present · Leesburg, Virginia
EDUCATION
Fort Hunt High School
Class of 1983 · Alexandria, Virginia
Friends
Add Friend
All Friends
Recently Added
High School
Current City
Hometown
Search Friends
Chat (Off)
