# DECLARATION EXHIBIT 4



https://www.facebook.com/pages/Joe-Tucker-Park/16693758331641     5/4/2018