Lauren Adornetto Woods
BUCHANAN INGERSOLL & ROONEY PC
Incorporated in Pennsylvania
700 Alexander Park, Suite 300
Princeton, New Jersey, 08540
609-987-6800

Gretchen L. Jankowski (Admitted *Pro Hac Vice*)
BUCHANAN INGERSOLL & ROONEY PC
301 Grant Street, 20th Floor
Pittsburgh, Pennsylvania  15219
412-562-1417
Attorneys for Plaintiff, GPI, LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GPI, LLC,<br><br>                              Plaintiff,<br><br>       v.<br><br>DOGGONE GEESE, INC. AND CATHY P. BENEDICT<br><br>                              Defendants. | Civil Action No. 3:18-cv-05122-FLW-TJB<br><br>**JOINT STIPULATION OF DISMISSAL** |

The parties in the above-captioned action, by their undersigned counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the this action with prejudice, with the Court retaining jurisdiction with respect to enforcement of the Confidential Settlement Agreement and Mutual General Release.  Except as otherwise provided in the Confidential Settlement Agreement and Mutual General Release, each party will bear its own attorneys fees and costs.

| | |
|---|---|
| s/Keith J. Miller<br>Keith J. Miller, Esq.<br>ROBINSON MILLER LLC<br>One Newark Center, 19th Floor<br>Newark, NJ 07102<br>e-mail: kmiller@rwmlegal.com<br>tel: 973-690-5400 fax: 973-466-2761<br><br>Counsel for Defendants | *s/ Lauren Adornetto Woods*<br>Lauren Adornetto Woods<br>Buchanan Ingersoll & Rooney PC<br>Incorporated in Pennsylvania<br>700 Alexander Park, Suite 300<br>Princeton, NJ 08540<br>(609) 987-6813<br><br>Attorneys for Plaintiff, GPI, LLC |

Dated: May 17, 2018

IT IS SO ORDERED:

_____
Honorable Freda L. Wolfson, USDJ      5-29-18

4837-4070-9478, v. 1